**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**SETTLEMENT CONFERENCE**

| | |
|---|---|
| Frank J. Steinhauser, III, <br> Mark E. Meysembourg, and <br> Kelly G. Brisson, <br><br><br><br> Plaintiffs, | **COURT MINUTES** <br> BEFORE: Steven E. Rau <br> U.S. Magistrate Judge <br> Courthouse: St. Paul <br> Courtroom: 3C <br> Case Nos.: 04cv2632 (MJD/SER) <br> 05cv461 (MJD/SER) <br> 05CV1348 (MJD/SER) <br> Dated: August 16, 2012 <br> Time Commenced: 9:10 a.m. <br> Time Concluded: 4:40 p.m. <br> Time in Court: 7 hours 30 minutes |

v.

City of St. Paul,
Randy Kelly,
Andy Dawkins,
Lisa Martin,
Steve Magner,
Dean Koehnen,
John Doe,
Jane Roe,

                                Defendants.

Jonathan Riches,

                                Movant

Sandra Harrilal,
Bee Vue,
Lamena Vue,
Steven R. Johnson,

                                Plaintiffs,

v.

Steve Magner,
Michael Kalis,
Dick Lippert,

Kelly Booker,
Jack Reardon,
Paula Seeley,
Lisa Martin,
Dean Koehnen,
Andy Dawkins,
Randy Kelly,
John & Jane Doe, and
City of St. Paul,

                                      Defendants.

---

Thomas J. Gallagher,
Joseph J. Collins, Sr.,
Dadder's Properties, LLC,
Dadder's Estates, LLC,
Dadder's Enterprises, LLC,
Dadder's Holdings, LLC,
Troy Allison,
Jeff Kubitschek,
Sara Kubitschek,

                                      Plaintiffs,

v.

Steve Magner,
Mike Cassidy,
Joel Essling,
Steve Schiller,
Joe Yannerelly,
Dennis Senty,
Michael Urmann,
Andy Dawkins,
Randy Kelly,
John Doe,
Jane Doe, and
City of St. Paul,

                                      Defendants,

---

**APPEARANCES:**

    For Plaintiffs:  John R. Shoemaker and Matthew A. Engel
    For Defendants:  Vernle C. Durocher, Jr., Glenn M. Salvo, and Portia M. Hampton-Flowers

**PROCEEDINGS:**

No settlement reached. Settlement conference continued to **September 17, 2012 at 9:00 a.m.** in Courtroom 3C of the Warren E. Burger Federal Building and U.S. Courthouse.

*s/Melissa M. Erstad*                s
**Signature of Calendar Clerk**
