# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Frank J. Steinhauser, III,<br>Mark E. Meysembourg, and<br>Kelly G. Brisson, | Civil No.: 04cv2632 (MJD/SER) |
| Plaintiffs, | |
| v. | **NOTICE OF JOINT CONTINUED**<br>**SETTLEMENT CONFERENCE** |
| City of St. Paul,<br>Randy Kelly,<br>Andy Dawkins,<br>Lisa Martin,<br>Steve Magner,<br>Dean Koehnen,<br>John Doe,<br>Jane Roe, | |
| Defendants. | |
| Jonathan Riches, | |
| Movant | |

---

| | |
|---|---|
| Sandra Harrilal,<br>Bee Vue,<br>Lamena Vue,<br>Steven R. Johnson, | Civil No.: 05cv461 (MJD/SER) |
| Plaintiffs, | |
| v. | |
| Steve Magner,<br>Michael Kalis,<br>Dick Lippert,<br>Kelly Booker,<br>Jack Reardon,<br>Paula Seeley,<br>Lisa Martin, | |

Dean Koehnen,
Andy Dawkins,
Randy Kelly,
John & Jane Doe, and
City of St. Paul,

                           Defendants.

---

Thomas J. Gallagher,                                     Civil No.: 05cv1348 (MJD/SER)
Joseph J. Collins, Sr.,
Dadder's Properties, LLC,
Dadder's Estates, LLC,
Dadder's Enterprises, LLC,
Dadder's Holdings, LLC,
Troy Allison,
Jeff Kubitschek,
Sara Kubitschek,

                           Plaintiffs,

v.

Steve Magner,
Mike Cassidy,
Joel Essling,
Steve Schiller,
Joe Yannerelly,
Dennis Senty,
Michael Urmann,
Andy Dawkins,
Randy Kelly,
John Doe,
Jane Doe, and
City of St. Paul,

                           Defendants,

---

     A continued settlement conference will be held on **September 17, 2012, at 9:00 a.m. in Courtroom 3C, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota** before the undersigned United States Magistrate Judge.

**Counsel who will actually try the case and each party, armed with full settlement discretion, shall be present**. If individuals are parties to this case, they shall be present. If a corporation or other collective entity is a party, a duly authorized officer or managing agent of that party shall be present. This means that each party must attend through a person who has the power to change that party's settlement posture during the course of the conference. If the party representative has a limit, or "cap" on his or her authority, this requirement is not satisfied. If an insurance company is involved, the responsible agent must be present. Appearances by telephone are not permitted except in extraordinary circumstances, which must be brought to the attention of the Court and all parties no later than one week prior to the settlement conference by first contacting the Court by telephone to receive permission to electronically file a letter setting forth a full explanation of the circumstances. Any responses to such a letter shall be electronically filed no later than one business day following the filing of the letter request.

**Settlement Conferences are frequently scheduled at least thirty days in advance and are generally scheduled for at least a whole day. Accordingly, unless the parties reach settlement prior to the scheduled Settlement Conference, requests for continuances are discouraged and are not likely to be granted unless extraordinary good cause exists.**

Dated: August 24, 2012                  *s/Steven E. Rau*
                                                                              Steven E. Rau
                                                                              U.S. Magistrate Judge