GLENN M. SALVO
(612) 492-6731
FAX (612) 340-2807
salvo.glenn@dorsey.com

September 6, 2012

**VIA ECF**
The Honorable Steven E. Rau
U.S. District Court Magistrate Judge
Warren E. Burger Federal Building and
U.S. Courthouse
316 North Robert Street, Suite 334
Saint Paul, MN 55101

Re:   Steinhauser et al v. St Paul, City of et al.; Court File No. 0:04-cv-02632
      Gallagher et al v. Magner et al.; Court File No. 0:05-cv-01348
      Harrilal et al v. Magner et al.; Court File No. 0:05-cv-00461

Dear Magistrate Judge Rau:

I write to advise the Court of a scheduling conflict with respect to the Joint Continued Settlement Conference in the above-captioned actions and to request that the conference be rescheduled at a time convenient to the Court and the parties.

On Friday, August 31, 2012, the parties received notice that the settlement conference scheduled to take place on September 17, 2012, had been rescheduled to September 25, 2012, at 9:00 am.

Ms Kathy Lantry, President of the Saint Paul City Counsel, who has the authority to settle these cases for Defendants, is unavailable on September 25, 2012. I request that the settlement conference be rescheduled to permit Ms. Lantry to attend.

I received yesterday alternative dates from Ms. Erstad, and at her suggestion I am contacting counsel for Plaintiffs today to confirm whether the parties are available on these alternative dates.

Respectfully submitted,

s/Glenn M. Salvo

Glenn M. Salvo

GMS:kmh