04-2632
MJD

Jonathan Riches
PO Box 14500
Lexington, KY 40512

RECEIVED
BY MAIL
SEP 07 2012
CLERK, US DISTRICT COURT
MINNEAPOLIS, MN

SCANNED
SEP 07 2012
U.S. DISTRICT COURT MPLS

## Other Orders/Judgments
0:04-cv-02632-MJD-SER
Steinhauser et al v. St Paul, City of et al

CV,PROTO,REOPEN,STAYED

## U.S. District Court

## District of Minnesota

## Notice of Electronic Filing

The following transaction was entered on 8/24/2012 at 10:49 AM CDT and filed on 8/24/2012
**Case Name:**         Steinhauser et al v. St Paul, City of et al
**Case Number:**       0:04-cv-02632-MJD-SER
**Filer:**
**Document Number:** 312

**Docket Text:**
**NOTICE of Continued Settlement Conference set for 9/17/2012 09:00 AM in Courtroom 3C (STP) before Magistrate Judge Steven E. Rau. Signed by Magistrate Judge Steven E. Rau on 8/24/12. (kt)**

**0:04-cv-02632-MJD-SER Notice has been electronically mailed to:**

Cheri M Sisk     cheri.sisk@ci.stpaul.mn.us, joan.richardson@ci.stpaul.mn.us, karin.anderson@ci.stpaul.mn.us, lynne.knutson@ci.stpaul.mn.us, susan.oesterreich@ci.stpaul.mn.us

Glenn M Salvo    salvo.glenn@dorsey.com, hanson.katheryn@dorsey.com

John R Shoemaker    john@shoemakerlaw.com

Kristin K Zinsmaster    zinsmaster.kristin@dorsey.com, leboeuf.sherry@dorsey.com

Meghan E Lind    lind.meghan@dorsey.com, kaemmer.lori@dorsey.com

Paul F Shoemaker    paul@shoemakerlaw.com

Portia M Hampton-Flowers    portia.flowers@ci.stpaul.mn.us, joan.richardson@ci.stpaul.mn.us, karin.anderson@ci.stpaul.mn.us, lynne.knutson@ci.stpaul.mn.us, susan.oesterreich@ci.stpaul.mn.us

Sarabeth A Ackerman    ackerman.sarabeth@dorsey.com, ohm.peggy@dorsey.com

Vernle C Durocher , Jr    durocher.skip@dorsey.com, thayer.lynette@dorsey.com

**0:04-cv-02632-MJD-SER Notice has been delivered by other means to:**

Frank E Villaume , III
Retired


Jonathan Riches
PO Box 14500
Lexington, KY 40512

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1051215216 [Date=8/24/2012] [FileNumber=3820540-0
] [1b2b889d97913d42f974754e5cd03d29e19080354e4b2c314450a9fb336a195d27d
c8e89d19bd2e520efc7100080ff2d32ef80f4fa6d9e024fd518773b2ba497]]

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Frank J. Steinhauser, III,<br>Mark E. Meysembourg, and<br>Kelly G. Brisson, | Civil No.: 04cv2632 (MJD/SER) |
| Plaintiffs, | |
| v. | **NOTICE OF JOINT CONTINUED<br>SETTLEMENT CONFERENCE** |
| City of St. Paul,<br>Randy Kelly,<br>Andy Dawkins,<br>Lisa Martin,<br>Steve Magner,<br>Dean Koehnen,<br>John Doe,<br>Jane Roe, | |
| Defendants. | |
| Jonathan Riches, | |
| Movant | |

| | |
|---|---|
| Sandra Harrilal,<br>Bee Vue,<br>Lamena Vue,<br>Steven R. Johnson, | Civil No.: 05cv461 (MJD/SER) |
| Plaintiffs, | |
| v. | |
| Steve Magner,<br>Michael Kalis,<br>Dick Lippert,<br>Kelly Booker,<br>Jack Reardon,<br>Paula Seeley,<br>Lisa Martin, | |

Dean Koehnen,
Andy Dawkins,
Randy Kelly,
John & Jane Doe, and
City of St. Paul,

Defendants.

---

Thomas J. Gallagher,
Joseph J. Collins, Sr.,
Dadder's Properties, LLC,
Dadder's Estates, LLC,
Dadder's Enterprises, LLC,
Dadder's Holdings, LLC,
Troy Allison,
Jeff Kubitschek,
Sara Kubitschek,

Civil No.: 05cv1348 (MJD/SER)

Plaintiffs,

v.

Steve Magner,
Mike Cassidy,
Joel Essling,
Steve Schiller,
Joe Yannerelly,
Dennis Senty,
Michael Urmann,
Andy Dawkins,
Randy Kelly,
John Doe,
Jane Doe, and
City of St. Paul,

Defendants,

---

A continued settlement conference will be held on **September 17, 2012, at 9:00 a.m. in Courtroom 3C, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota** before the undersigned United States Magistrate Judge.

**Counsel who will actually try the case and each party, armed with full settlement discretion, shall be present.** If individuals are parties to this case, they shall be present. If a corporation or other collective entity is a party, a duly authorized officer or managing agent of that party shall be present. This means that each party must attend through a person who has the power to change that party's settlement posture during the course of the conference. If the party representative has a limit, or "cap" on his or her authority, this requirement is not satisfied. If an insurance company is involved, the responsible agent must be present. Appearances by telephone are not permitted except in extraordinary circumstances, which must be brought to the attention of the Court and all parties no later than one week prior to the settlement conference by first contacting the Court by telephone to receive permission to electronically file a letter setting forth a full explanation of the circumstances. Any responses to such a letter shall be electronically filed no later than one business day following the filing of the letter request.

**Settlement Conferences are frequently scheduled at least thirty days in advance and are generally scheduled for at least a whole day. Accordingly, unless the parties reach settlement prior to the scheduled Settlement Conference, requests for continuances are discouraged and are not likely to be granted unless extraordinary good cause exists.**

Dated: August 24, 2012                  *s/Steven E. Rau*
                                         Steven E. Rau
                                         U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
OFFICE OF THE CLERK
U.S. COURTHOUSE, SUITE 202
300 SOUTH FOURTH STREET
MINNEAPOLIS, MN 55415

OFFICIAL BUSINESS

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER, STREET
☐ NOT DELIVERABLE AS ADDRESSED
 - UNABLE TO FORWARD
☐ OTHER

RTS — RETURN TO SENDER

RECEIVED BY MAIL
SEP 07 2012
CLERK, US DISTRICT COURT
MINNEAPOLIS, MN

Mailed From 55415
08/27/2012
031A 0002316274

US POSTAGE
$ 00.45
1ST CLASS RTL