

**UNITED STATES DISTRICT COURT**
DISTRICT OF MINNESOTA
OFFICE OF THE CLERK
417 FEDERAL BUILDING
515 W. FIRST STREET
DULUTH, MINNESOTA 55802-1397

OFFICIAL BUSINESS

US POSTAGE $ 00.45
Mailed From 55802
08/31/2012
031A 0002301063

RECEIVED BY MAIL
SEP 1 0 2012
Clerk, U.S. District Court
Duluth, Minnesota

RTS — RETURN TO SENDER
55802&1397 0525

A ☐ INSUFFICIENT ADDRESS
C ☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
S ☒ NOT DELIVERABLE AS ADDRESSED
   UNABLE TO FORWARD
☐ OTHER

SCANNED
SEP 1 0 2012
U.S. DISTRICT COURT DULUTH

Jonathan Riches
PO Box 14500
Lexington, KY 40512

**RECEIVED BY MAIL**

SEP 1 0 2012

Clerk, U.S. District Court
Duluth, Minnesota

**SCANNED**

SEP 1 0 2012

U.S. DISTRICT COURT DULUTH

# U.S. District Court

## District of Minnesota

**Notice of Electronic Filing**

The following transaction was entered on 8/31/2012 at 2:16 PM CDT and filed on 8/31/2012

**Docket Text:**
*TEXT ONLY ENTRY* NOTICE of RESCHEDULING of Hearing: [312] NOTICE of Continued Settlement Conference set for 9/17/2012 09:00 AM has been RESCHEDULED to 9/25/2012 09:00 AM in Courtroom 3C (STP) before Magistrate Judge Steven E. Rau. (ME)

**0:04-cv-02632-MJD-SER Notice has been electronically mailed to:**

Cheri M Sisk     cheri.sisk@ci.stpaul.mn.us, joan.richardson@ci.stpaul.mn.us, karin.anderson@ci.stpaul.mn.us, lynne.knutson@ci.stpaul.mn.us, susan.oesterreich@ci.stpaul.mn.us

Glenn M Salvo    salvo.glenn@dorsey.com, hanson.katheryn@dorsey.com

John R Shoemaker    john@shoemakerlaw.com

Kristin K Zinsmaster    zinsmaster.kristin@dorsey.com, leboeuf.sherry@dorsey.com

Meghan E Lind    lind.meghan@dorsey.com, kaemmer.lori@dorsey.com

Paul F Shoemaker    paul@shoemakerlaw.com

Portia M Hampton-Flowers    portia.flowers@ci.stpaul.mn.us, joan.richardson@ci.stpaul.mn.us, karin.anderson@ci.stpaul.mn.us, lynne.knutson@ci.stpaul.mn.us, susan.oesterreich@ci.stpaul.mn.us

Sarabeth A Ackerman    ackerman.sarabeth@dorsey.com, ohm.peggy@dorsey.com

Vernle C Durocher , Jr    durocher.skip@dorsey.com, thayer.lynette@dorsey.com

**0:04-cv-02632-MJD-SER Notice has been delivered by other means to:**

Frank E Villaume , III
Retired

Jonathan Riches
PO Box 14500
Lexington, KY 40512