UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Frank J. Steinhauser, III, Mark E. Meysembourg, and Kelly G. Brisson, | Civil No.: 04-cv-2632 (MJD/SER) |
| Plaintiffs, | |
| Sandra Harrilal, Bee Vue, Lamena Vue and Steven R. Johnson, | Civil No.: 05-cv-461 (MJD/SER) |
| Plaintiffs, | |
| Thomas J. Gallagher, Joseph J. Collins, Sr., Dadder's Properties, LLC, Dadder's Estates, LLC, Dadder's Enterprises, LLC, Dadder's Holdings, LLC, Troy Allison, Jeff Kubitschek, and Sara Kubitschek, | Civil No.: 05-cv-1348 (MJD/SER) |
| Plaintiffs, | |
| v. | |
| City of Saint Paul, et al. | |
| Defendants. | |

_____

**ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

This matter came before United States District Court Judge Michael J. Davis upon Defendants' Motion for Partial Summary Judgment. Plaintiffs have filed a Joint

Statement of Non-Opposition to this motion, asserting they have no opposition to the relief requested.

Having considered the filings and all of the records, files, and proceedings herein, IT IS HEREBY ORDERED that Defendants' Motion for Partial Summary Judgment is **GRANTED.**

The claims against Defendants Booker, Cassidy, Dawkins, Essling, Kalis, Kelly, Koehnen, Lippert, Magner, Martin, Reardon, Schiller, Seeley, Senty, Singerhouse, Urmann, and Yannarelly are hereby dismissed with prejudice in both their individual and official capacities. In addition, Plaintiffs' demand for punitive damages is dismissed with prejudice as to all Defendants.

| | |
|---|---|
| Dated: September 2, 2014 | BY THE COURT:<br><br>s/Michael J. Davis<br>Michael J. Davis<br>Chief Judge<br>United States District Court |