UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Steinhauser et al.,

                                                  Civil File No.04-cv-2632 (MJD/SER)

                    Plaintiffs,

v.

City of St. Paul, et al.

                    Defendants.

---

Sandra Harrilal, et al

                                                  Civil File No.05-cv-461 (MJD/SER)

                    Plaintiffs,

v.

Mager, et al.
*individually and as a supervisor
of City of St. Paul's Department
of Neighborhood Housing and
Property Improvement*

                    Defendants.

---

Gallagher, et al

                                                  Civil File No.05-cv-1348 (MJD/SER)

                    Plaintiffs,

v.

Magner, et al.
*individually and as a supervisor
of City of St. Paul's Department
of Neighborhood Housing and
Property Improvement*

                    Defendants.

---

## ORDER

A court may appoint a special master pursuant to Federal Rule of Civil Procedure 53 if circumstances warrant. The Court, believing the issues in this action are of a complicated nature, finds that it is appropriate to appoint a special master for settlement purposes in this matter.

Accordingly, **IT IS ORDERED** that:

Arthur J. Boylan is appointed special master pursuant to Federal Rule of Civil Procedure 53 in the matters listed above.

a. The special mater is empowered to call such meetings of the parties as deemed necessary to promote meaningful settlement discussions.

b. **Parties shall contact Arthur J. Boylan as soon as possible to schedule the mediation session.**.

Arthur J. Boylan, Private Mediator
310 Fourth Avenue, Suite 5010
Minneapolis, MN 55415
Phone: 612-206-3730

c. The special master shall be compensated at the rate of $500.00 per hour. Compensation of the special master shall be apportioned as follows: 50% shall be paid by Plaintiffs and 50% will be paid for by Defendants.

Date: September 2, 2014

s/Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court